SANDRA KETNER, ESQ., Bar # 8527
LITTLER MENDELSON, P.C.
200 S. Virginia Street
8th Floor
Reno, NV 89501.1944
Telephone: 775.348.4888
Fax No.: 775.786.0127

Attorneys for Defendant
ABC PHONES OF NORTH CAROLINA, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NATHALIA RIDENHOUR,<br><br>            Plaintiff,<br><br>vs.<br><br>ABC PHONES OF NORTH CAROLINA, INC., and DOES I-X,,<br><br>            Defendant. | Case No. 3:18-CV-00516-MMD-WGC<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO FILE RESPONSIVE PLEADING** |

Pursuant to Local Rules 6-1 and 7-1, Plaintiff Nathalia Ridenhour ("Plaintiff"), and Defendant ABC Phones of North Carolina, Inc. ("Defendant"), by and through his counsel of record, do hereby stipulate and agree to an extension of three (3) weeks to the deadline for Defendant to file a responsive pleading to Plaintiff's Complaint and Jury Demand. Defendant's first responsive pleading is currently due on November 20, 2018, and the parties agree to an extension up to and including December 11, 2018.

///

///

///

///

///

FIRMWIDE:160435731.1 999999.2190

This Stipulation is made in good faith and not for purposes of delay. The parties are currently engaged in earnest negotiations to resolve the matter, which is the basis for the extension requested by Defendant to file its responsive pleading.

Dated: November 19, 2018

Dated: November 19, 2018

*/s/ Mark Mausert*
MARK MAUSERT, ESQ.
CODY OLDHAM, ESQ.

Attorneys for Plaintiff
NATHALIA RIDENHOUR

*/s/ Sandra Ketner*
SANDRA KETNER, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
ABC PHONES OF NORTH CAROLINA, INC.

**ORDER**

IT IS SO ORDERED.

Dated this 19th day of November, 2018.

*William G. Cobb*
UNITED STATES MAGISTRATE JUDGE

2.

LITTLER MENDELSON, P.C.
Attorneys At Law
200 S. Virginia Street
8th Floor
Reno, NV 89501.1944
775.348.4888

FIRMWIDE:160435731.1 999999.2190

## PROOF OF SERVICE

I am a resident of the State of Nevada, over the age of eighteen years, and not a party to the within action. My business address is 200 S. Virginia Street, 8th Floor, Reno, Nevada 89501. On November 19, 2018, I served the within document(s):

**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO FILE RESPONSIVE PELADING**

☒ By **CM/ECF Filing** – Pursuant to FRCP 5(b)(3) and LR 5-4, the above-referenced document was electronically filed and served upon the parties listed below through the Court's Case Management and Electronic Case Filing (CM/ECF) system:

Mark Mausert, Esq.
Cody Oldham, Esq.
729 Evans Avenue
Reno, Nevada 89512

*Attorneys for Plaintiff*

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 19, 2018, at Reno, Nevada.

*/s/ Esperansa Reinold*
Esperansa Reinold

FIRMWIDE:160435731.1 999999.2190

LITTLER MENDELSON, P.C.
Attorneys At Law
200 S. Virginia Street
8th Floor
Reno, NV 89501.1944
775.348.4888