UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NATHALIA RIDENHOUR,<br><br>        Plaintiff,<br><br>vs.<br><br>ABC PHONES OF NORTH CAROLINA, INC., and DOES I-X,,<br><br>        Defendant. | Case No. 3:18-CV-00516- LRH-WGC<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE; ORDER** |

      IT IS HEREBY STIPULATED by and between the parties herein, through their respective counsel, that pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, all claims and all parties herein are hereby dismissed with prejudice.

///
///
///
///
///
///
///
///
///

Each party will bear its own costs and attorneys' fees.  All appearing parties have signed this Stipulation, and there are no remaining claims or parties.  No trial date has been set in this case.

Dated:  December 10, 2018                                         Dated:  December 10, 2018


/s/ Mark Mausert                                                          /s/ Sandra Ketner
MARK MAUSERT, ESQ.                                         SANDRA KETNER, ESQ.
CODY OLDHAM, ESQ.                                            LITTLER MENDELSON, P.C.

Attorneys for Plaintiff                                                 Attorneys for Defendant
NATHALIA RIDENHOUR                                        ABC PHONES OF NORTH CAROLINA, INC.


**ORDER**

IT IS SO ORDERED.

DATED this 11th day of December, 2018

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE